# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ALEXIA ADDOH-KONDI, ET AL.,

*Plaintiffs-Appellees*,

v.

JEFFERSON COUNTY COMMISSION,

*Defendant-Appellant.*

On Appeal from the United States District Court for the
Northern District of Alabama, No. 2:23-cv-00503 (Haikala, J.)

## UNOPPOSED MOTION TO CONSOLIDATE APPEALS

Theodore A. Lawson, II
JEFFERSON COUNTY ATTORNEY'S OFFICE
716 Richard Arrington Jr. Blvd. North
Room 280
Birmingham, AL 35203
(205) 325-5688
lawsont@jccal.org

Michael Taunton
BALCH & BINGHAM LLP
1901 Sixth Ave. N., Suite 1500
Birmingham, AL 35203
(205) 226-3451
mtaunton@balch.com

September 22, 2025

Taylor A.R. Meehan
Rachael C.T. Wyrick
Marie E. Sayer
Soren Geiger
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, Virginia 22209
(703) 243-9423
taylor@consovoymccarthy.com
rachael@consovoymccarthy.com
mari@consovoymccarthy.com
soren@consovoymccarthy.com

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
(703) 243-9423
patrick@consovoymccarthy.com

*Counsel for Appellant*

# CERTIFICATE OF INTERESTED PERSONS

Per Rule 26.1 and Eleventh Circuit Rule 26.1, the undersigned certifies that the following may have an interest in the outcome of this appeal:

1. Addoh-Kondi, Alexia, *Addoh-Kondi Plaintiff-Appellee*
2. Alabama State Conference of the NAACP, *McClure Plaintiff-Appellee*
3. Bernstein, C'Zar, *Former Counsel for Defendant-Appellant*
4. Blacksher, James, *Counsel for Addoh-Kondi Plaintiffs-Appellees*
5. Bonner, Cynthia, *Addoh-Kondi Plaintiff-Appellee*
6. Brown, Ja'Nelle, *Addoh-Kondi Plaintiff-Appellee*
7. Carter, Brittany, *Counsel for McClure Plaintiffs-Appellees*
8. Carroll, Donald, *Counsel for Defendant-Appellant*
9. Clemon, U.W., *Counsel for Addoh-Kondi Plaintiffs-Appellees*
10. Geiger, Soren, *Counsel for Defendant-Appellant*
11. Greater Birmingham Ministries, *McClure Plaintiff-Appellee*
12. Grisafi, Lily, *Counsel for McClure Plaintiffs-Appellees*
13. Haikala, Madeline, *United States District Judge (N.D. Ala.)*
14. Hall, Eric, *Addoh-Kondi Plaintiff-Appellee*
15. Hansen, Michael, *Addoh-Kondi Plaintiff-Appellee*
16. Hessel, Daniel, *Former Counsel for McClure Plaintiffs-Appellees*
17. Juarez, Julia, *Addoh-Kondi Plaintiff-Appellee*
18. Lane, Kathleen, *Former Counsel for Defendant-Appellant*

19. Lawsen, Nicki, *Counsel for McClure Plaintiffs-Appellees*

20. Lawson, II, Theodore, *Counsel for Defendant-Appellant*

21. Long, Charles, *Addoh-Kondi Plaintiff-Appellee*

22. McClure, Cara, *McClure Plaintiff-Appellee*

23. Meehan, Taylor, *Counsel for Defendant-Appellant*

24. Metro-Birmingham Branch of the NAACP, *McClure Plaintiff-Appellee*

25. Mordecai, Kacey-Ann, *Counsel for McClure Plaintiffs-Appellees*

26. Muhammad, William, *Addoh-Kondi Plaintiff-Appellee*

27. Randall, Fred, *Addoh-Kondi Plaintiff-Appellee*

28. Rice, Richard, *Counsel for Addoh-Kondi Plaintiffs-Appellees*

29. Ross, Deuel, *Counsel for McClure Plaintiffs-Appellees*

30. Rouco, Richard, *Counsel for Addoh-Kondi Plaintiffs-Appellees*

31. Sadasivan, Kathryn, *Counsel for McClure Plaintiffs-Appellees*

32. Sayer, Marie, *Counsel for Defendant-Appellant*

33. Sheikh, Uruj, *Counsel for McClure Plaintiffs-Appellees*

34. Smith, Tammie, *Addoh-Kondi Plaintiff-Appellee*

35. Strawbridge, Patrick, *Counsel for Defendant-Appellant*

36. Taunton, Michael, *Counsel for Defendant-Appellant*

37. Walker, Dorman, *Former Counsel for Defendant-Appellant*

38. Walker, Robert, *Addoh-Kondi Plaintiff-Appellee*

39. Wright, Brenda, *Counsel for McClure Plaintiffs-Appellees*

40. Wyrick, Rachael, *Counsel for Defendant-Appellant*

Dated: September 22, 2025                               /s/ *Taylor A.R. Meehan*

# UNOPPOSED MOTION TO CONSOLIDATE APPEALS

Defendant-Appellant Jefferson County Commission respectfully moves this Court under Federal Rule of Appellate Procedure 27 and 11th Circuit Rule 27-1(c)(7) to consolidate two related appeals from the same district court: *McClure v. Jefferson County Commission*, No. 25-13253 (N.D. Ala. 2:23-cv-00443), and *Addoh-Kondi v. Jefferson County Commission*, No. 25-13254 (N.D. Ala. 2:23-cv-00503).

The two cases were consolidated below. *See McClure*, No. 2:23-cv-443, Doc. 12 (N.D. Ala. May 25, 2023). They involve the same defendant, the same constitutional claim, the same 2021 Jefferson County Commission district lines, and the same order following a four-day bench trial.

Neither set of plaintiffs oppose consolidation on appeal.

| | |
|---|---|
| Dated: September 22, 2025 | Respectfully submitted, |
| | /s/ *Taylor A.R. Meehan* |
| Theodore A. Lawson, II | Taylor A.R. Meehan |
| JEFFERSON COUNTY ATTORNEY'S OFFICE | Rachael C. T. Wyrick |
| 716 Richard Arrington Jr. Blvd. North | Marie E. Sayer |
| Room 280 | Soren Geiger |
| Birmingham, AL 35203 | CONSOVOY MCCARTHY PLLC |
| (205) 325-5688 | 1600 Wilson Blvd., Suite 700 |
| lawsont@jccal.org | Arlington, Virginia 22209 |
| | (703) 243-9423 |
| Michael Taunton | taylor@consovoymccarthy.com |
| BALCH & BINGHAM LLP | rachael@consovoymccarthy.com |
| 1901 Sixth Ave. N., Suite 1500 | mari@consovoymccarthy.com |
| Birmingham, AL 35203 | soren@consovoymccarthy.com |
| (205) 226-3451 | |
| mtaunton@balch.com | Patrick Strawbridge |
| | CONSOVOY MCCARTHY PLLC |
| | Ten Post Office Square |

8th Floor South PMB #706
Boston, MA 02109
(703) 243-9423
patrick@consovoymccarthy.com

*Counsel for Defendant*

**CERTIFICATE OF COMPLIANCE**

This brief complies with Rule 27(d)(2)(A) because it contains 107 words, excluding the parts that can be excluded. This brief also complies with Rule 32(a)(5)-(6) because it is prepared in a proportionally spaced face using Microsoft Word 2016 in 14-point Garamond font.

Dated: September 22, 2025   /s/ *Taylor A.R. Meehan*

**CERTIFICATE OF SERVICE**

I filed this brief on the Court's electronic filing system, which will email everyone requiring notice.

Dated: September 22, 2025   /s/ *Taylor A.R. Meehan*